UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 2:17-CV-00218-JAM-GGH |
| Plaintiff, | **ORDER** |
| v. | |
| **Hormoz Demooei**; **Tahoe Joe's, Inc.,** a Minnesota Corporation; and Does 1-10, | |
| Defendants. | |

Upon Plaintiff's motion, Defendant Tahoe Joe's, Inc. is dismissed without prejudice.

Dated:  2/17/17

                        /s/ John a. Mendez
                        Hon. John A. Mendez
                        United States District Court Judge