UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>     v.<br><br>HORMOZ DEMOOEI,<br><br>           Defendant. | No. 2:17-cv-00218 JAM GGH<br><br><br><br>ORDER |

The above-captioned matter now being at issue, the court orders as follows:

1.     The parties must meet and confer about Federal Rule of Civil Procedure automatic disclosures by April 7, 2017;

2.     The parties must submit a Joint Status Report in conformity with Eastern District of California Local Rule 240.

**IT IS SO ORDERED.**

Dated: March 7, 2017

                              /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE