UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HORMOZ DEMOOEI, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-00218 JAM GGH<br><br><br>ORDER |

Pursuant a stipulation of the parties, ECF No. 17, this action is hereby dismissed with prejudice, each side to bear its own attorney fees and costs, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (dismissal is self-executing on stipulation for dismissal). The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: August 14, 2017

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE